Prober & Raphael
A Law Corporation
Dean R. Prober, Esq., #106207
Lee S. Raphael, Esq., #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
20750 Ventura Boulevard, Suite 100
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A.
F.040-873

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bk. No. 09-32365 |
| | ) |
| JAMES ATTRIDGE, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) R.S. No. DRP – 661 |
| | ) |
| | ) |
| | ) Hearing- |
| | ) Date : February 11, 2010 |
| | ) Time : 9:30 a.m. |
| | ) Place : U.S. Bankruptcy Court |
| | ) 235 Pine Street |
| | ) San Francisco, California |
| | ) Courtroom 22 |
| | ) |

**CERTIFICATE OF SERVICE**

I, Barbara Scott, declare that

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On February 16, 2010, I served the within Order on Motion for Relief from Automatic Stay on the interested parties in this action by placing true and correct copies in the United States Mail at Woodland Hills, California, addressed as follows:

[X]  (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Woodland Hills, California.

[X]  (By Mail [State]) I am readily familiar with Prober & Raphael's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ]  (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[X]  Executed on February 16, 2010, at Woodland Hills, California.

[X]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

/s/ Barbara Scott

CASE NO.: 09-32365
DEBTOR : JAMES ATTRIDGE

INTERESTED PARTIES

James Attridge
989 Haight Street
San Francisco, CA 94117
Debtor

James A. Michel, Esquire
Law Offices of James A. Michel
2912 Diamond St. #373
San Francisco, CA 94131
Attorney for Debtor

David Burchard
393 Vintage Park Dr., Ste 150
Foster City, CA 94404
Chapter 13 Trustee

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365