```
 1  Prober & Raphael, A Law Corporation
    Dean R. Prober, Esquire, #106207
 2  Lee S. Raphael, Esquire, #180030
    Cassandra J. Richey, Esquire #155721
 3  David F. Makkabi, Esquire #249825
    Melissa Vermillion, Esquire #241354
 4  William K. Hong, Esquire #266690
 5  20750 Ventura Boulevard, Suite 100
    Woodland Hills, California 91364
 6  P.O. Box 4365
    Woodland Hills, CA  91365-4365
 7  (818) 227-0100
    (818) 227-0101 facsimile
 8  F.04873
 9  Attorneys for Movant
10
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | Bk. No. 09-32365-DM-13 |
|---|---|---|
| JAMES ATTRIDGE, | ) | R.S. No. DRP-661 |
| Debtor. | ) | CHAPTER 13 |
| U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., its assignees and/or successors in interest, | ) | |
| Movant. | ) | Original Motion Heard on: |
| vs. | ) | Date : 05/06/10<br>Time : 9:30 a.m.<br>Place: U.S. Bankruptcy Court<br>        235 Pine Street<br>        San Francisco, California<br>        Courtroom 22 |
| JAMES ATTRIDGE;<br>DAVID BURCHARD Trustee, | ) | |
| Respondents. | ) | |

DECLARATION RE NON-COMPLIANCE OF CONDITION

Declaration Re Non-Compliance of Condition; Special Notice

TO DEBTOR AND HIS ATTORNEY:

I, Olivia Todd, declare and state:

1. As to the following facts, I know them to be true of my own personal knowledge and, if called upon to testify in this action, I could and would testify competently thereto.

2. I am employed as the Director of Default Services for National Default Servicing Corporation, authorized servicing agent for U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A. I am authorized to make this Declaration.

3. The subject property is generally described as **98 Broderick Street and 989, 991-993 Haight Street, San Francisco, California**.

4. I have examined the document entitled "Order on Stipulation Re Adequate Protection", a copy of which is attached hereto as **Exhibit "A"** and incorporated herein by this reference, and have personal knowledge as to whether the Debtor has complied with the requirements of the Order.

5. Pursuant to the Order, Debtor was to maintain the regular monthly payments on Movant's loan obligation in a timely fashion, outside of any Bankruptcy Plan, commencing with the April 1, 2010 payment.

6. Pursuant to the Order, Debtor was to pay the sum of $7,500.00, in certified funds, on or before May 15, 2010.

7. On May 26, 2010, Movant mailed a Letter of Default to Debtor and faxed and mailed said letter to Debtor's counsel, setting forth that the received the regular monthly payments ($6,519.37 each) and late charges ($193.79 each) due from April 1, 2010 and May 1, 2010, as well as installment payment ($7,500.00), had not been received by Movant. A copy of said Letter of Default is attached hereto as **Exhibit "B"** and incorporated herein by reference.

8. It has been fifteen (15) days since said Letter of Default was mailed to

Declaration Re Non-Compliance of Condition

1

Debtor's and faxed and mailed to Debtor's counsel, and the breach stated therein has not been cured. Also, as of the date of this Declaration, the regular payment and late charge for the month of June 2010 are now due and owing to Movant.

      9.    Pursuant to the Order, upon Debtor's failure to timely and properly comply with the payments set forth in the Order, Movant was to file and serve a Declaration of Non-Compliance along with a final Order Vacating the Automatic Stay.

      10.    Due to Debtor's failure to cure said default as stated herein, Movant is herewith submitting to the Court a final Order for Relief from Automatic Stay, requesting the Court to enter such final Order to allow Movant to proceed with a foreclosure sale of the subject Property, pursuant to applicable State law, without further Court Order or proceeding being necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of July 2010 at Phoenix, Arizona.

                                    /s/ Olivia Todd
                                  Olivia Todd
                                  Loan #XXXX6449
                                  F.040-873

Declaration Re Non-Compliance of Condition